UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                    Chapter 11

Madison 92nd Street Associates LLC,       Case No. 11- 13917 (SMB)

                 Debtor.
------------------------------------------------------------x

## NOTICE REGARDING SECTION 341 MEETING

**PLEASE TAKE NOTICE THAT** The Section 341 meeting will scheduled after the Initial Debtor Interview is held on September 12 at 9:30 a.m.

Dated: New York, New York
       September 7, 2011

                        GOLDBERG WEPRIN FINKEL
                         GOLDSTEIN LLP
                        Proposed Attorneys for the Debtor
                        1501 Broadway, 22nd Floor
                        New York, New York 10036
                        (212) 221-5700

                        By:   /s/ J. Ted Donovan